PROB 12B
(7/93)

Report Date: January 8, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Narcisse Richard Pichette          Case Number: 2:97CR00201-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, U.S. District Judge

Date of Original Sentence: 4/14/1998          Type of Supervision: Supervised Release

Original Offense: Aggravated Sexual Abuse, 18 U.S.C. § 2241 (c); Offenses Committed Within Indian Country, 18 U.S.C. § 1153          Date Supervision Commenced: 8/1/2006

Original Sentence: Prison - 120 Months; TSR - 36 Months          Date Supervision Expires: 7/31/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall abstain from the use of illegal controlled substance, and shall submit to the urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19.   You shall abstain from alcohol, and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The offender has several prior driving under the influence convictions. The offender reports sobriety for many years, but agreed to the requested modification to allow verification of his sobriety by the probation officer. The offender has agreed to the proposed modification and a signed wavier form is enclosed for the Court's review. It is recommended the Court approve the modifications of the offender's terms of supervised release as indicated.

Prob 12B
**Re: Pichette, Narcisse Richard
January 8, 2007
Page 2**

by

Respectfully submitted,

Kevin Crawford
U.S. Probation Officer
Date: January 8, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[√] The Modification of Conditions as Noted Above
[√] Other

Signature of Judicial Officer

1/11/2007

Date